DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLOYD NATHANIEL LOPEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1735

[March 14, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2018-CF-002454-CXXX-MB.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***